IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RICHARD R. DATZ, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:10-CV-0255-RWS |
| FORSYTH COUNTY SHERIFF'S | : |
| DEPARTMENT, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [15] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED, WITHOUT PREJUDICE** due to Plaintiff's failure to keep the Clerk informed of his current address. Further, Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [4] is **DISMISSED**.

**SO ORDERED**, this  5th  day of July, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)